UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an individual, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>COUNTY MOTOR PARTS CO., INC. d.b.a. NAPA AUTO PARTS ALPINE, *et al.*,<br><br>              Defendants. | Civil No. 06cv315-L(POR)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

On February 9, 2007, Plaintiffs filed a pleading styled as Motion of Dismissal and Voluntary Dismissal Without Prejudice of All Defendants from Plaintiffs' Complaint and Plaintiffs [*sic*] Complaint in its Entirety (docket no. 7). This document is rejected and stricken from the record because it contains a proposed order which fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual § 2(h) (Proposed Orders and Orders).) The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** Motion of Dismissal and Voluntary Dismissal Without Prejudice of All Defendants from Plaintiffs' Complaint and Plaintiffs [*sic*] Complaint in its Entirety (docket no. 7), filed February 9, 2007.

**IT IS SO ORDERED**.

DATED: February 12, 2007

                                            M. James Lorenz<br>                                            United States District Court Judge

1  COPY TO:

2  HON. LOUISA S. PORTER
   UNITED STATES MAGISTRATE JUDGE

3  ALL PARTIES/COUNSEL

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28